## JARROTT v. STATE.
### No. 16707.

Court of Criminal Appeals of Texas.
April 18, 1934.

Louis T. Holland, of Montague, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is possessing intoxicating liquor for the purpose of sale; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Hugh JARROTT v. STATE.
### No. 16708.

Court of Criminal Appeals of Texas.
· April 18, 1934.

Louis T. Holland, of Montague, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

Appellant entered his plea of guilty. There are no facts or exceptions in the record. All matters of procedure appear regular.

The judgment will be affirmed.

## JARROTT v. STATE.
### No. 16709.

Court of Criminal Appeals of Texas.
April 18, 1934.

Louis T. Holland, of Montague, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The appellant was tried and convicted of the offense of selling intoxicating liquor, and his punishment assessed at confinement in the state penitentiary for a term of one year.

The record is before us without a statement of facts or bills of exception. No defect either in the indictment or procedure has been pointed out or has been perceived. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.